# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-00174-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN KAMADA,

    Defendant.

## INFORMATION

The United States Attorney charges:

### COUNT 1

On or about and between April 24, 2019 and July 15, 2019, both dates being approximate and inclusive, in the State and District of Colorado, the defendant RYAN KAMADA did corruptly influence, obstruct, and impede and did corruptly endeavor to influence, obstruct and impede the due and proper administration of the law under which any pending proceeding was being had before any department or agency

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

of the United States, specifically an ongoing criminal investigation of the United States Drug Enforcement Administration and the United States Department of Justice.

All in violation of Title 18 United States Code, Section 1505.

|  | JASON R. DUNN<br>United States Attorney |  | COREY AMUNDSON<br>Chief |
|---|---|---|---|
| By: | *s/Bryan David Fields*<br>Bryan David Fields<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>1801 California St., Ste. 1600<br>Denver, CO 80202<br>Telephone: 303-454-0200<br>Fax: 303-454-0406<br>E-mail: Bryan.Fields3@usdoj.gov<br>Attorney for Government | By: | s/*John P. Taddei*<br>John P. Taddei<br>Trial Attorney<br>U.S. Department of Justice<br>Public Integrity Section<br>1331 F. St. NW, Ste. 300<br>Washington, DC 20005<br>Telephone: 202-514-1412<br>Fax: 202-514-3003<br>Email: John.Taddei@usdoj.gov<br>Attorney for Government |