| | |
|---|---|
| DEFENDANT: | RYAN KAMADA |
| AGE/YOB: | 41 / 1978 |
| COMPLAINT FILED? | _____ Yes    __X_____ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes    _X_ No |
| If No, a new warrant is required | |
| OFFENSE(S): | 18 U.S.C. § 1505 (Obstruction of Proceedings) |
| LOCATION OF OFFENSE: | Weld County, Colorado |
| PENALTY: | NMT 5 years' imprisonment; a fine of $250,000 (or both a fine and imprisonment); NMT 3 years' supervised release; SA fee of $100 |
| AGENT: | Amy Howard<br>Special Agent, FBI |
| AUTHORIZED BY: | Bryan David Fields<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X  five days or less; ___ over five days

THE GOVERNMENT

__ will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is not applicable to this defendant

1