# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00174-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN KAMADA,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE OF T. MARKUS FUNK

T. Markus Funk of the law firm Perkins Coie LLP hereby enters his appearance on behalf of Defendant Ryan Kamada in the above-captioned case.

DATED this 10th day of June, 2020

    Respectfully submitted,

    **PERKINS COIE LLP**

    By: *s/ Markus Funk*
        T. Markus Funk
        MFunk@perkinscoie.com
        1900 Sixteenth Street, Suite 1400
        Denver, CO  80202-5255
        Telephone:  303.291.2300
        Facsimile:  303.291.2400

    **Attorneys for Defendant**
    **RYAN KAMADA**

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2020, I electronically filed the foregoing with the Clerk of Court via email to the following:

>Neureiter_Chambers@cod.uscourts.gov
>
>Stacy Libid
>Stacy_Libid@cod.uscourts.gov

A copy of the foregoing was served via email to the following:

>Bryan David Fields
>Bryan.Fields3@usdoj.gov
>
>John P. Taddei
>John.Taddei@usdoj.gov

By: *s/ Markus Funk*
T. Markus Funk
Perkins Coie LLP
1900 Sixteenth Street, Suite 1400
Denver, CO  80202-5255
Telephone:  303.291.2300
Facsimile:  303.291.2400
MFunk@perkinscoie.com

**Attorneys for Defendant
RYAN KAMADA**