# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-cr-00174-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN KAMADA,

    Defendant.

## NOTICE OF ENTRY OF APPEARANCE OF MICHAEL L. BENDER

Michael L. Bender of the law firm Perkins Coie LLP hereby enters his appearance on behalf of Defendant Ryan Kamada in the above-captioned case.

DATED this 10th day of June, 2020

    Respectfully submitted,

    **PERKINS COIE LLP**

    By: *s/ Michael Bender*
        Michael L. Bender
        MBender@perkinscoie.com
        1900 Sixteenth Street, Suite 1400
        Denver, CO  80202-5255
        Telephone:  303.291.2300
        Facsimile:  303.291.2400

    **Attorneys for Defendant**
    **RYAN KAMADA**

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2020, I electronically filed the foregoing with the Clerk of Court via email to the following:

    Neureiter_Chambers@cod.uscourts.gov

    Stacy Libid
    Stacy_Libid@cod.uscourts.gov

A copy of the foregoing was served via email to the following:

    Bryan David Fields
    Bryan.Fields3@usdoj.gov

    John P. Taddei
    John.Taddei@usdoj.gov

    By: *s/ Michael Bender*
        Michael L. Bender
        Perkins Coie LLP
        1900 Sixteenth Street, Suite 1400
        Denver, CO  80202-5255
        Telephone:  303.291.2300
        Facsimile:  303.291.2400
        MBender@perkinscoie.com

    **Attorneys for Defendant RYAN KAMADA**