# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:20-cr-00174-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN KAMADA,

    Defendant.

## NOTICE OF DISPOSITION

    The Defendant, Ryan Kamada, by and through counsel, T. Markus Funk and Michael L. Bender of the law firm Perkins Coie LLP, hereby notifies the Court that the government and Mr. Kamada have reached a disposition.

DATED this 11th day of June, 2020

    Respectfully submitted,

**PERKINS COIE LLP**

By: *s/ Markus Funk*
    T. Markus Funk
    MFunk@perkinscoie.com
    1900 Sixteenth Street, Suite 1400
    Denver, CO  80202-5255
    Telephone:  303.291.2300
    Facsimile:  303.291.2400

**Attorneys for Defendant**
**RYAN KAMADA**

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

- **Michael Lee Bender**
  MBender-efile@PerkinsCoie.com
- **Bryan David Fields**
  bryan.fields3@usdoj.gov,usaco.ecfcriminal@usdoj.gov,Kelsey.Totura@usdoj.gov,ilmira.allazova@usdoj.gov,CaseView.ECF@usdoj.gov
- **John Patrick Taddei**
  john.taddei@usdoj.gov,PIN.ECF@usdoj.gov

By: *s/ Markus Funk*
T. Markus Funk
Perkins Coie LLP
1900 Sixteenth Street, Suite 1400
Denver, CO  80202-5255
Telephone:  303.291.2300
Facsimile:  303.291.2400
MFunk@perkinscoie.com

**Attorneys for Defendant
RYAN KAMADA**