AO 455 (Rev 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

| United States of America | ) |
|---|---|
| v. | ) Case No. 20-cr-174-WJM |
| RYAN KAMADA | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 06/10/2020

*[signature]*
*Defendant's signature*

*[signature] Michael L. Bender*
*Signature of defendant's attorney*

Michael Bender, Esq.
*Printed name of defendant's attorney*

*[signature] Reid Neureiter*
*Judge's signature*

Reid Neureiter
*Judge's printed name and title*
US Magistrate Judge.