PS 40  (Rev. 10/14) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:**  U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

**FROM:**  United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO  80294

☐ **Original Notice**
**Date:** 06/10/2020
**By:** Alma Hinojosa Lavalle

☐ **Notice of Disposition**
**Date:**
**By:**

Defendant:  Ryan Kamada
Date of Birth:  1978
SSN:

Case Number:  20-cr-00174-WJM
Place of Birth:  USA

**Notice of Court Order** (Order Date: _____ )

☐  The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☐  The above-named defendant surrendered passport number _____ and/or passport card number _____ to the custody of the U.S. District Court on _____ .

### NOTICE OF DISPOSITION

The above case has been disposed of.

☐  The above order of the court is no longer in effect.

☐  Defendant not convicted – Document returned to defendant.

☐  Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐  Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court