IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:20-cr-00174-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN KAMADA,

    Defendant.

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

Defendant, Ryan Kamada, by and through counsel, Michael L. Bender and T. Markus Funk of the law firm Perkins Coie LLP, state:

1. The Court has ordered Defendant Kamada's sentencing for May 19, 2021.

2. Defendant Kamada is currently on a personal recognizance bond. The Probation Department reports that he "does not appear to be a danger to the community." PSIR at R-4.

3. The undersigned counsel has previously been appointed to be an arbitrator for two confidential arbitrations under the auspices of the American Arbitration Association for back to back arbitrations which start May 18, 2021 and continue approximately for the next 14 days. As a result, undersigned counsel has a conflict with the date of sentencing, May 19, 2021.

4. After consultation with both Assistant United States Attorneys, Mr. Fields and Mr. Taddei, both have authorized the undersigned to inform the Court that they have no objection to the continuance of the date of Defendant Kamada's sentencing on May 19, 2021.

5. Defense counsel requests that the Court, consistent with its docket and in its discretion, set a new date for Defendant Kamada's sentencing in July of 2021. Both Mr. Fields and

Mr. Taddei have authorized the undersigned to inform the Court that they have no objection to this request.

DATED this 16th day of December, 2020.

        Respectfully submitted,

        **PERKINS COIE LLP**

        By: *s/ Michael L. Bender*
            Michael L. Bender
            MBender@perkinscoie.com
            T. Markus Funk
            MFunk@perkinscoie.com
            1900 Sixteenth Street, Suite 1400
            Denver, CO  80202-5255
            Telephone:  303.291.2300
            Facsimile:  303.291.2400

        **Attorneys for Defendant**
        **RYAN KAMADA**

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

- **Bryan David Fields**
  bryan.fields3@usdoj.gov

- **John Patrick Taddei**
  john.taddei@usdoj.gov

By: *s/ Michael L. Bender*
Michael L. Bender
Perkins Coie LLP
1900 Sixteenth Street, Suite 1400
Denver, CO  80202-5255
Telephone:  303.291.2300
Facsimile:  303.291.2400
MBender@perkinscoie.com

**Attorneys for Defendant
RYAN KAMADA**