# EXHIBIT B

RID:D0622019CR001674-000055

District Court, Weld County, State of Colorado
Case#:D0622019CR001674   Div/Room: 11
JUDGMENT OF CONVICTION, SENTENCE   Original

**The People of the State of Colorado vs. LOYA, ALBERTO ISAIAS**
DOB   9/23/1972

AKA: LOYA, ALBERTO
AKA: LOYA, ALBERTO
AKA: LOYA, ALBERTO ISAIAS
AKA: BETO

DATE FILED: June 17, 2020 2:09 PM
CASE NUMBER: 2019CR1674

---

The Defendant was sentenced on:   6/17/2020
People represented by...:  WRENN, STEVE
Defendant represented by:  GAVALDON, JOSEPH
UPON DEFENDANT'S CONVICTION this date of:   2/13/2020
The defendant pled guilty to:
Count #      15 Charge: CONTROLLED SUB-CONSPIR-SCH 1/2 225G/+
C.R.S # 18-18-405(1),(2)(a)(I)(A)              Class: DF1
Date of offense(s):   2/26/2019 to   2/26/2019    Date of plea(s):     2/13/2020
Count #      31 Charge: MONEY LAUNDER-TRANSFER/PROMOTE CRIME-CSP
C.R.S # 18-5-309(1)(b)(I)                      Class: F4
Date of offense(s):   4/23/2019 to   4/24/2019    Date of plea(s):     2/13/2020

---

**IT IS THE JUDGMENT/SENTENCE OF THIS COURT** that the defendant be sentenced to
THE CUSTODY OF THE EXECUTIVE DIRECTOR OF THE DEPARTMENT OF CORRECTIONS
Department of Corrections           10.00 YEARS                    COUNT      15
Credit for Time Served               1.00 DAYS                     COUNT      15
CONCURRENT WITH COUNT   31      CASE NUMBER: 2019CR   1674 Weld County
RECOMMENDED COSTS OF PAROLE. COURT WAIVES ALL COSTS/FEES WAIVABLE. THE
DEFENDANT IS OBLIGATED TO PAY RESTITUTION, THE SPECIFIC AMOUNT TO BE
DETERMINED LATER. THE PEOPLE HAVE 45 DAYS TO FILE NOR/DEFENSE 21 DAYS TO
OBJECT.              CONCURRENT TO COUNT 31                                 /CBB
Department of Corrections            4.00 YEARS                    COUNT      31
CONCURRENT WITH COUNT   15      CASE NUMBER: 2019CR   1674 Weld County
CONCURRENT TO COUNT 15                                                      /CBB
Plus a mandatory period of parole as required by statute.
Months on parole 0036

---

          Assessed                   Balance
       $    40.00              $       40.00

---

**THEREFORE, IT IS ORDERED** the Sheriff of WELD COUNTY           shall convey the
DEFENDANT to the following department TO BE RECEIVED AND KEPT ACCORDING TO LAW
COLORADO STATE DEPARTMENT OF CORRECTIONS DIAGNOSTIC CENTER

---

**ADDITIONAL REQUIREMENTS**

---

**JUDGMENT OF CONVICTION IS NOW ENTERED, IT IS FURTHER ORDERED OR RECOMMENDED:**

DATE  6/17/20   NPT_____   JUDGE/MAGISTRATE _____
                                       TIMOTHY GERARD KERNS

---

**CERTIFICATE OF SHERIFF**
I CERTIFY THAT I EXECUTED THIS ORDER AS DIRECTED
DATE_____                SHERIFF_____
                                       BY DEPUTY_____