**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cr-00174-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RYAN KAMADA,

        Defendant.

---

**EXHIBITS TO DEFENDANT'S MOTION FOR DOWNWARD VARIANCE
ARE FILED SEPARATELY WITH RESTRICTED ACCESS PURSUANT TO
D.C.COLO.LCrR 32.1**

---