IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:20-cr-00174-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN KAMADA,

    Defendant.

## DEFENDANT'S NOTICE OF INTENT TO CALL CHARACTER WITNESSES AT SENTENCING HEARING

Defendant Ryan Kamada hereby gives notice of his intent to call character witnesses to briefly testify on his behalf at the sentencing hearing scheduled for July 28, 2021 at 1:30 p.m. MT.

The undersigned counsel has conferred with counsel for the government regarding Defendant Kamada's desire to call character witnesses, and counsel for the government has represented that they have no objection to Defendant Kamada's request. The character witnesses Defendant Kamada may call to testify on his behalf at the sentencing hearing are as follows:

Marvine Flavine
Family Member

Ashley Chase
Colorado Office of Child's Representative
Staff Attorney & Legislative Liaison

Greg Gold
Owner - The Gold Law Firm

Cesar Urias
Community Member
Board of Directors Danny Juarez Foundation

Anthea Carrasco
Attorney - Grant & Hoffman Law Firm

DATED this 21st day of July, 2021.

        Respectfully submitted,

        **PERKINS COIE LLP**

        By: *s/ Michael L. Bender*
            Michael L. Bender
            MBender@perkinscoie.com
            T. Markus Funk
            MFunk@perkinscoie.com
            1900 Sixteenth Street, Suite 1400
            Denver, CO  80202-5255
            Telephone:  303.291.2300
            Facsimile:  303.291.2400

        **Attorneys for Defendant**
        **RYAN KAMADA**

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

- **Bryan David Fields**
  bryan.fields3@usdoj.gov
- **John Patrick Taddei**
  john.taddei@usdoj.gov

By: *s/ Michael L. Bender*
Michael L. Bender
Perkins Coie LLP
1900 Sixteenth Street, Suite 1400
Denver, CO  80202-5255
Telephone:  303.291.2300
Facsimile:  303.291.2400
MBender@perkinscoie.com

**Attorneys for Defendant
RYAN KAMADA**
