EXHIBIT LIST

CASE NUMBER_20-cr-00174-WJM_          PLAINTIFF'S LIST__X___          DEFENDANT'S LIST_____          THIRD PARTY LIST ____

CASE CAPTION ____UNITED STATES OF AMERICA_____ VS. _RYAN KAMADA_____ PAGE NUMBER_1__   DATE_July 28, 2021_____

LIST PLAINTIFF'S EXHIBITS BY NUMBER (1, 2, 3, ETC.) and DEFENDANT'S EXHIBIT BY LETTER (A, B, C, A1, A2, A3, B1, B2,   B3, ETC.)

| EXHIBIT NO./LTR. | WITNESS | DESCRIPTION | STIP. | OFFER | REC'D | REFUSED | RULING RESERVED | COMMENTS/ INFORMATION |
|---|---|---|---|---|---|---|---|---|
| 1 | | Text Messages | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |