IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:20-cr-00174-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RYAN KAMADA,

    Defendant.

## DEFENDANT'S NOTICE OF FILING OF MEDICAL RECORDS

Defendant Ryan Kamada hereby gives notice of the filing of certain of his medical records, which are filed with Level 2 restriction pursuant to D.C.COLO.LCrR 47.1(f)(1)(A).

1.    Defendant Kamada is aware that sentencing-related documents were to be filed with the Court by July 21, 2021. (*See* D.C.COLO.LCrR 32.1(e).)

2.    Defendant Kamada obtained the medical records at issue sometime in the spring of 2021; however, because of a digital miscommunication between Defendant Kamada and the undersigned counsel, the undersigned counsel did not receive the medical records until today.

3.    The undersigned counsel would like to make the medical records available to the Court as part of the permanent record in this case.

4.    The undersigned counsel has conferred with counsel for the government, John Taddei, and counsel for the government has represented that he has no objection to the filing of the medical records.

- 2 -

DATED this 22nd day of July, 2021.

                                              Respectfully submitted,

**PERKINS COIE LLP**

By: *s/ Michael L. Bender*
    Michael L. Bender
    MBender@perkinscoie.com
    T. Markus Funk
    MFunk@perkinscoie.com
    1900 Sixteenth Street, Suite 1400
    Denver, CO  80202-5255
    Telephone:  303.291.2300
    Facsimile:  303.291.2400

**Attorneys for Defendant
RYAN KAMADA**

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

- **Bryan David Fields**
  bryan.fields3@usdoj.gov

- **John Patrick Taddei**
  john.taddei@usdoj.gov

By: *s/ Michael L. Bender*
Michael L. Bender
Perkins Coie LLP
1900 Sixteenth Street, Suite 1400
Denver, CO  80202-5255
Telephone:  303.291.2300
Facsimile:  303.291.2400
MBender@perkinscoie.com

**Attorneys for Defendant
RYAN KAMADA**