IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:             July 28, 2021
Courtroom Deputy: Anna Frank
Court Reporter:   Mary George
Probation Officer: Ryan Kinsella

| | |
|---|---|
| Criminal Action No. **20-cr-174-WJM** | Counsel: |
| UNITED STATES OF AMERICA, | Bryan Fields<br>John Taddei |
| Plaintiff, | |
| v. | |
| 1. RYAN KAMADA, | Michael Bender<br>Markus Funk<br>Sean Solis |
| Defendant. | |

# COURTROOM MINUTES

**Sentencing Hearing**

**1:36 p.m.     Court in session.**

Appearances of counsel. Defendant is present on bond. Also seated at Government's table is Special Agent Amy Howard and Special Agent Stephanie Benitez with the Federal Bureau of Investigation.

Defendant sworn.

Court's remarks regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:** Defendant's construed objection to the three-offense-level enhancement for substantial interference with the administration of justice is overruled.

**ORDERED:** Defendant's Objection to Presentence Report for Not Including a Mitigating Role Adjustment for the Defendant Kamada as a Minimal Participant Under U.S.S.G. Section 3B1.2(A) is overruled, as stated on the record.

**ORDERED:** Government's Objections and Amendments to Presentence Investigation Report [ECF 20] are overruled, as stated on the record.

**ORDERED:** The Government's Motion to Grant the Defendant an Additional One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) [ECF 37] is granted.

Argument given on sentencing.

**3:09 p.m.    Court in recess.**
**3:21 p.m.    Court in session.**

Continued argument.

Victim impact statements.

Members of the public speak on behalf of the Defendant.

The Court states its consideration of the history and characteristics of the defendant under 18 U.S.C. § 3553(a).

**ORDERED:** The Defendant's Motion for Downward Variance [ECF 35] is denied in part and granted in part.

Court's findings and conclusions.

**ORDERED:** The Plea Agreement between the parties is ACCEPTED.

**ORDERED:** Defendant shall be imprisoned for 12 months and 1 day as to Count 1 of the Information. Upon release from imprisonment, the defendant shall be placed on supervised release for a period of 2 years.

The Court recommends that the director of the Bureau of Prisons give the defendant full credit for time served in presentence detention.

The Court recommends that the director of the Bureau of Prisons place the defendant in a facility that is appropriate to his security designation and is located within the District of Colorado.

**ORDERED:** The defendant shall be subject to the standard, mandatory, and special conditions of supervised release, as stated on the record. Defendant shall

        pay a special assessment of $100, due and payable immediately. Payment of any fine is waived.

The Court waives the mandatory drug testing provision of 18 U.S.C. § 3563(a)(5).

**ORDERED:** The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:** The Court finds that by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of the community. It is therefore, ordered that the defendant, surrender at the institution designated by the Bureau of Prisons on September 1, 2021 by 12:00 p.m. Failure to report will be a new and separate criminal offense. In the interim, defendant's bond is continued.

The defendant is formally advised of his limited right to appeal the sentence imposed by the Court. Any notice of appeal must be filed with the Clerk of the Court within 14 days after entry of judgment.

**5:28 p.m.     Court in recess.**

Total time in court: 3:40

Hearing concluded.