IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:20-cr-00174-WJM-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RYAN KAMADA,

        Defendant.

## ORDER TO SURRENDER IN LIEU OF TRANSPORTATION BY THE UNITED STATES MARSHAL

        IT IS ORDERED that Defendant, RYAN KAMADA, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender himself by reporting to the Warden, FCI Yankton, 1016 Douglas Avenue, Yankton, South Dakota 57078, on September 1, 2021, by 12:00 p.m., and will travel at his own expense.

        DATED at Denver, Colorado, this __11th__ day of August, 2021.

        BY THE COURT:

        _____
        WILLIAM J. MARTINEZ
        United States District Judge