**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |

Postmark
Here

20-cr-174

*To* U.S. Dept of State
CA/PPT/L/LA
*Sent* 44132 Mercure Circle
*Street* P.O. Box 1227 1243
*or P* Sterling, VA 20166-1227
*City,*

PS Form 3800, July 2014                    See Reverse for Instructions

7014 3490 0001 5489 1297